No. 67741.—Railway Express Agency, a/c M & K Iron & Metal Co. *v.* United States, protest 62/3088 (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of vises similar in all material respects to those the subject of Abstract 59420, the claim of the plaintiff was sustained.